UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.: 6:21-cv-1150

LEUTRIM TOPALLI,

      Plaintiff,

v.

HEALTHCARE REVENUE
RECOVERY GROUP, LLC,

      Defendant.

_____/

## NOTICE OF WITHDRAWAL OF ITS MOTION FOR JUDGMENT ON THE PLEADINGS [DE 16] BY DEFENDANT HEALTHCARE REVENUE RECOVERY GROUP, LLC

Defendant, Healthcare Revenue Recovery Group, LLC ("HRRG") hereby files its Notice of Withdrawal of its Motion for Judgment on the Pleadings **[DE 16]**, without prejudice. Defendant submits this request in good faith as to require no further consideration by the Court on this Motion, and to preserve judicial resources.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been electronically filed on **November 12, 2021**, with the Clerk of the Court by using the electronic

filing system. I further certify that the foregoing has been sent via electronic transmission to the following: Benjamin W. Raslavich, Esquire at ben@theKRfirm.com *(Attorneys for Plaintiff)*.

/s/ *Ernest H. Kohlmyer, III*
Ernest H. Kohlmyer, III, Esq., LL.M.
Florida Bar No.: 110108
skohlmyer@shepardfirm.com
Shepard, Smith, Kohlmyer & Hand, P.A.
2300 Maitland Center Parkway, Suite 100
Maitland, Florida 32751
Telephone (407) 622-1772
Facsimile (407) 622-1884
*Attorneys for Defendant, Healthcare Revenue Recovery Group, LLC*